FILED
SUPERIOR COURT
OF GUAM

2021 OCT 28 PM 1: 32

CLERK OF COURT

By:_____

# IN THE SUPERIOR COURT OF GUAM

TAKAKO B. GUTHRIE AND JOSEPH A. GUTHRIE ET AL, Petitioners/Plaintiffs,

v.

BOARD OF TRUSTEES OF THE GOVERNMENT OF GUAM RETIREMENT FUND, Respondents/Defendants.

SPECIAL PROCEEDINGS NO. SP0094-20

DECISION AND ORDER RE: MOTION TO QUASH DISCOVERY

This matter came before the court upon the Government of Guam Retirement Fund motion to Quash discovery served on behalf of Petitioners/Plaintiffs Takako B. Guthrie and Joseph A. Guthrie. The Court agrees with the Government of Guam Retirement Fund. Petitioners have no basis to pursue discovery in an appeal from an administrative decision. The case is limited to the record before the Board of Trustees of the Government of Guam Retirement Fund. Therefore the Motion to Quash and request for a protective order is granted.

It is so Ordered October 28, 2021

_____
MARIA G. FITZPATRICK
Judge Pro Tempore
Superior Court of Guam